GLENN J. HOLZBERG (Fla. Bar No.: 369551)
glenn@holzberglegal.com
**HOLZBERG LEGAL**
7685 SW 104th Street
Suite 220
Miami, Florida 33156
PHONE: (305) 668-6410
FAX: (305) 667-6161

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI INGRAHAM and GREGORY RIOUX, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> PRINCESS CRUISE LINES, LTD., a corporation for profit, <br><br> Defendant. | CASE NO.: 2:21-CV-01916-GW-MRW <br><br> **NOTICE OF SETTLEMENT** <br><br> Judge: Hon. George H. Wu <br> Magistrate: Hon. Michael R. Wilner <br> Filed: 03/01/2021 |

Pursuant to Local Rule 16-15.7, Plaintiffs, VICKI INGRAHAM and GREGORY RIOUX, hereby give notice to the Court that all the claims in this matter have settled.

The parties anticipate having all settlement documents filed shortly and will file a Stipulation for Dismissal within the next thirty (30) days.

DATED: March 10, 2022

**HOLZBERG LEGAL**

BY: *s/ Glenn J. Holzberg*
Glenn J. Holzberg

1

1
2   (*Admitted Pro Hac Vice*)
    *Attorney for Plaintiffs*

3   **LAW OFFICES OF**
4   **AKSANA M. COONE**

5   BY:  *s/ Aksana M. Coone*
    Aksana M. Coone, Esq.
6   Attorneys for Plaintiff

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28