GLENN J. HOLZBERG (Fla. Bar No.: 369551)
glenn@holzberglegal.com
**HOLZBERG LEGAL**
7685 SW 104th Street
Suite 220
Miami, Florida 33156
PHONE: (305) 668-6410
FAX: (305) 667-6161

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI INGRAHAM and GREGORY RIOUX, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD., a corporation for profit,<br><br>Defendant. | CASE NO.: CV 21-1916-GW-MRWx<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. George H. Wu<br>Magistrate: Hon. Michael R. Wilner<br>Filed: 03/01/2021 |

## ORDER

Based on the parties Stipulation of Dismissal, it is hereby ORDERED that:

1. All claims in the above-entitled action are dismissed in their entirety with prejudice;

2. Each party to bear its own costs; and

**IT IS SO ORDERED.**

Dated: March 29, 2022

_____
Hon. George H. Wu
*United States District Judge*